IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ONE TAURUS PT709 9MM SLIM PISTOL BEARING SERIAL NUMBER TJY01510 AND ANY ALL AMMUNITION CONTAINED THEREIN OR SEIZED THEREWITH, and<br>$5,050.00 IN UNITED STATES CURRENCY,<br>Defendants. | Case No. 19–CV–01095–JPG |

## JUDGMENT

This matter having come before the Court, and the defendant-property having been forfeited in the criminal case *United States v. Austin*, No. 19-CR-30096-SMY, ECF No. 67 (S.D. Ill. Apr. 13, 2021),

**IT IS HEREBY ORDERED AND ADJUDGED** that the Government's Verified Complaint for Forfeiture is **DISMISSED WITHOUT PREJUDICE**.


**Dated: Wednesday, June 16, 2021**         **MARGARET M. ROBERTIE**
                                            **CLERK OF COURT**

                                            **s/Tina Gray, Deputy Clerk**


**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**